```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X

WHITT CALDWELL

                Plaintiff,

     - against -                              ORDER

MICHAEL SCHEMMEL, individually and in         24 Civ. 3475 (NRB)
his official capacity, CITY OF NEW
YORK, and JOE FRAZIER, individually
and in his official capacity,

                Defendants.

--------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

It having been reported to this Court that the parties have reached a settlement in principle in this case, it is hereby

**ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 30 days.

DATED:   New York, New York
         August 7, 2025

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE